AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

—— OFFENSE CHARGED ——

15 U.S.C. § 1 - Conspiracy in Restraint of Trade (Counts One - Fourteen);

18 U.S.C § 1343 - Wire Fraud (Count Fifteen)

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   See attachment

E-filing

—— Name of District Court, and/or Judge/Magistrate Location ——

NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

—— DEFENDANT - U.S ——

▶ HITACHI-LG DATA STORAGE, INC.

DISTRICT COURT NUMBER

CR 11 0724  JSW

—————————— PROCEEDING ——————————

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   USDOJ, Antitrust Division

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Sidney A. Majalya, Trial Attorney

————————— DEFENDANT —————————

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior
   summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?   ☐ Yes
   ☐ No

If "Yes"
give date
filed

DATE OF
ARREST   ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY   ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

—————— ADDITIONAL INFORMATION OR COMMENTS ——————

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

PENALTY SHEET

Company:  HITACHI-LG DATA STORAGE, INC.

15 U.S.C. § 1 - Bid Rigging (Counts 1-7 & 9-14) and Price Fixing (Count 8):
Maximum Penalties:

      1.     A fine in an amount equal to the largest of:

             A.     $100 Million.

             B.     Twice the gross pecuniary gain derived from the crime.

             C.     Twice the gross pecuniary loss caused to the victims of the crime.

      2.     A term of probation of at least one year but not more than five years.

      3.     $400 special assessment for each count.

      4.     Restitution.

18 U.S.C. § 1343 - Wire Fraud (Count 15):
Maximum Penalties:

      1.     A fine in an amount equal to the largest of:

             A.     $500,000.

             B.     Twice the gross pecuniary gain any person derived from the offense.

             C.     Twice the gross pecuniary loss caused to a person other than the defendant from the offense.

      2.     A term of probation of at least one year but not more than five years.

      3.     $400 special assessment for each count.

      4.     Restitution.

SIDNEY A. MAJALYA (CA Bar No. 205047)
JACKLIN CHOU LEM (CA Bar No. 255293)
MANISH KUMAR (CA Bar No. 269493)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660
Fax: (415)  436-6687
sidney.majalya@usdoj.gov

Attorneys for the United States

**E-filing**



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JSW**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. **CR  11   0724** |
| v. | **INFORMATION** |
| HITACHI-LG DATA STORAGE, INC., | VIOLATIONS: |
| Defendant. | 15 U.S.C. § 1 ~ Conspiracy in Restraint of Trade (Counts One - Fourteen); 18 U.S.C. § 1343 - Wire Fraud (Count Fifteen) |
| | San Francisco Venue |

The United States of America, acting through its attorneys, charges:

HITACHI-LG DATA STORAGE, INC. ("defendant"),

the defendant as follows:

1.      During the time periods relevant to this Information, the defendant was a

corporation organized and existing under the laws of Japan.  The defendant was engaged in the

business of selling optical disk drives ("ODDs") to customers in the United States and elsewhere.

2.      ODDs are devices that use laser light or electromagnetic waves to read and/or

write data.  ODDs typically both read and write data, but some are only readers.  There are

several types of ODDs, including the following: CD-ROM, CD-RW, DVD-ROM, DVD-RW,

and Combo drives.  Optical disk drives can be manufactured according to varying specifications.

INFORMATION
U.S. v. HLDS

For example, ODDs are available in different heights (*e.g.*, half-height and slim), and use different types of interfaces to connect to a computer's motherboard (*e.g.*, Parallel Advanced Technology Attachment (PATA) and Serial Advanced Technology Attachment (SATA)). Defendant and other ODD sellers typically sell their products to computer and gaming system makers such as Dell, Inc. ("Dell"), Microsoft Corporation ("Microsoft"), and Hewlett-Packard Company ("HP").

3.      Whenever in this Information reference is made to any act, deed, or transaction of any corporation, the allegation means that the corporation engaged in the act, deed, or transaction by or through its officers, directors, employees, agents, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

I.

## THE DELL PROCUREMENT EVENTS

4.      During the time periods relevant to Counts One through Seven:

(a)      Dell hosted ODD procurement events in which the defendant and co-conspirators participated. Dell was a major manufacturer of desktop and laptop computers, servers, and storage solutions marketed and sold to business enterprises and individual consumers. Dell purchased ODDs that were incorporated into technology products sold by Dell to businesses and individuals.

(b)      Dell's ODD procurement events were competitive bidding events in which participants would be awarded varying amounts of ODD supply depending on where participants' pricing ranked in any particular event.

## COUNT ONE: 15 U.S.C. § 1 (Bid Rigging)

## JUNE 2004 DELL PROCUREMENT EVENT

5.      Paragraphs 1through 4 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

6.      From approximately June 2004 to approximately September 2004, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for a June 2004 ODD procurement event held by Dell for the purchase of

INFORMATION
U.S. v. HLDS

48x Combo drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

7.     The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were to predetermine the rank order in which the bidders would finish in Dell's June 2004 ODD procurement event for 48x Combo drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide Dell with ODDs and receive payment from Dell as a result of the collusive bidding.

## MEANS AND METHODS OF THE CONSPIRACY

8.     For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and co-conspirators did those things that they combined and conspired to do, including, among other things:

    (a)     participating in meetings, discussions, and communications in the United States or elsewhere to discuss bidding strategies and prices of ODDs;

    (b)     agreeing, during those meetings, discussions, and communications on how participants would bid on ODDs;

    (c)     bidding on ODDs in accordance with the agreements reached;

    (d)     exchanging information on sales, production, market share, capacity, and pricing of ODDs for the purpose of monitoring and enforcing adherence to the agreements and preparing for future conspiratorial discussions; and

    (e)     authorizing, ordering, and consenting to the participation of subordinate employees in the conspiracy.

## CO-CONSPIRATORS

9.     Various corporations and individuals, not made defendants in this Count, participated as co-conspirators in the offense charged in this Count and performed acts and made statements in furtherance of the offense.

/ /

/ /

INFORMATION
U.S. v. HLDS

## INTERSTATE TRADE AND COMMERCE

10.     During the time period relevant to this Count, defendant and co-conspirators sold and distributed ODDs in a continuous and uninterrupted flow of interstate and foreign trade and commerce to customers located in states or countries other than the states or countries from which the defendant and co-conspirators sold ODDs.

11.     The business activities of the defendant and co-conspirators that are the subject of this Count were within the flow of, and substantially affected, interstate and foreign trade and commerce.

COUNT ONE IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

### COUNT TWO: 15 U.S.C. § 1 (Bid Rigging)

### AUGUST 2004 DELL PROCUREMENT EVENT

12.     Paragraphs 1 through 4 and 8 through 11 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

13.     From approximately August 2004 to approximately December 2004, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for an August 2004 ODD procurement event held by Dell for the purchase of half-height CD-RW drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

14.     The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on Dell's August 2004 ODD procurement event for half-height CD-RW drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide Dell with ODDs and receive payment from Dell as a result of the collusive bidding.

COUNT TWO IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

/ /

/ /

/ /

INFORMATION
U.S. v. HLDS

- 4 -

## COUNT THREE: 15 U.S.C. § 1 (Bid Rigging)
## SEPTEMBER 2004 DELL PROCUREMENT EVENT

15.     Paragraphs 1 through 4 and 8 through 11 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

16.     From approximately September 2004 to approximately December 2004, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for a September 2004 ODD procurement event held by Dell for the purchase of 24x Combo drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

17.     The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were to predetermine the rank order in which the bidders would finish on Dell's September 2004 ODD procurement event for 24x Combo drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide Dell with ODDs and receive payment from Dell as a result of the collusive bidding.

COUNT THREE IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

## COUNT FOUR: 15 U.S.C. § 1 (Bid Rigging)
## NOVEMBER 2004 DELL PROCUREMENT EVENT

18.     Paragraphs 1 through 4 and 8 through 11 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

19.     From approximately November 2004 to approximately February 2005, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for a November 2004 ODD procurement event held by Dell for the purchase of half-height DVD-ROM drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

20.     The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on Dell's

INFORMATION
U.S. v. HLDS

November 2004 ODD procurement event for half-height DVD-ROM drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide Dell with ODDs and receive payment from Dell as a result of the collusive bidding.

COUNT FOUR IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

COUNT FIVE: 15 U.S.C. § 1 (Bid Rigging)

MARCH 2005 DELL PROCUREMENT EVENT

21. Paragraphs 1 through 4 and 8 through 11 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

22. From approximately March 2005 to approximately June 2005, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for a March 2005 ODD procurement event held by Dell for the purchase of Slim CD-ROM drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

23. The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on Dell's March 2005 ODD procurement event for Slim CD-ROM drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide Dell with ODDs and receive payment from Dell as a result of the collusive bidding.

COUNT FIVE IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

COUNT SIX: 15 U.S.C. § 1 (Bid Rigging)

FEBRUARY 2009 DELL PROCUREMENT EVENT

24. Paragraphs 1 through 4 and 8 through 11 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

25. From approximately February 2009 to approximately July 2009, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for a February 2009 ODD procurement event held by Dell for the purchase of half-height SATA Tray DVD-RW drives, in unreasonable restraint of interstate trade and

INFORMATION
U.S. v. HLDS

- 6 -

commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

26. The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on Dell's February 2009 ODD procurement event for half-height SATA Tray DVD-RW drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide Dell with ODDs and receive payment from Dell as a result of the collusive bidding.

COUNT SIX IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

COUNT SEVEN: 15 U.S.C. § 1 (Bid Rigging)

MAY 2009 DELL PROCUREMENT EVENT

27. Paragraphs 1 through 4 and 8 through 11 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

28. From approximately May 2009 to approximately September 2009, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for a May 2009 ODD procurement event held by Dell for the purchase of half-height DVD-RW and 12.7mm Tray DVD-RW drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

29. The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on Dell's May 2009 ODD procurement event for half-height DVD-RW and 12.7mm Tray DVD-RW drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide Dell with ODDs and receive payment from Dell as a result of the collusive bidding.

COUNT SEVEN IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

//

//

//

//

INFORMATION
U.S. v. HLDS

II.

## MICROSOFT'S PURCHASE OF ODDS

## COUNT EIGHT: 15 U.S.C. § 1 (Price Fixing)

30.     Paragraphs 1 through 3 and 9 through 11 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

31.     During the time period relevant to Count Eight, Microsoft was a major manufacturer of video gaming consoles. Microsoft purchased ODDs from the defendant and co-conspirators that were incorporated into video gaming consoles manufactured by Microsoft.

32.     From approximately June 2007 to approximately March 2008, the defendant and co-conspirators entered into and engaged in a combination and conspiracy in the United States and elsewhere to suppress and eliminate competition by fixing the prices of ODDs sold to Microsoft. The combination and conspiracy engaged in by the defendant and co-conspirators was in unreasonable restraint of interstate and foreign trade and commerce in violation of the Sherman Act, Title 15, United States Code, Section 1.

33.     The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were to agree to fix the prices of ODDs sold to Microsoft.

34.     For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and co-conspirators did those things that they combined and conspired to do, including, among other things:

> (a)     participating in meetings, conversations, and communications in Taiwan and the Republic of Korea to discuss the price of ODDs;

> (b)     agreeing, during those meetings, conversations, and communications, to sell ODDs at certain prices;

> (c)     issuing price quotations in accordance with the agreements reached;

> (d)     exchanging information on sales of ODD, for the purpose of monitoring and enforcing adherence to the agreed-upon prices; and

//

INFORMATION
U.S. v. HLDS

(e)     authorizing, ordering, and consenting to the participation of subordinate employees in the conspiracy.

COUNT EIGHT IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

III.

## THE HP PROCUREMENT EVENTS

35.     During the time periods relevant to Counts Nine through Fourteen:

(a)     HP hosted ODD procurement events in which the defendant and co-conspirators participated. HP was a major manufacturer of computer hardware, software, and services marketed and sold to business enterprises and individual consumers. HP purchased ODDs that were incorporated into technology products sold by HP to businesses and individuals.

(b)     HP's ODD procurement events were competitive bidding events in which participants would be awarded varying amounts of ODD supply depending on where participants' pricing ranked in any particular event.

COUNT NINE: 15 U.S.C. § 1 (Bid Rigging)

NOVEMBER 2005 HP PROCUREMENT EVENT

36.     Paragraphs 1 through 3, 8 through 11, and 35 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

37.     From approximately November 2005 to approximately April 2006, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for a November 2005 ODD procurement event held by HP for the purchase of CD-ROM, CD-RW, DVD-ROM, and Combo drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

38.     The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on HP's November 2005 ODD procurement event for CD-ROM, CD-RW, DVD-ROM, and Combo drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to

INFORMATION
U.S. v. HLDS

- 9 -

provide HP with ODDs and receive payment from HP as a result of the collusive bidding.

39.     The combination and conspiracy charged in this Count was carried out, in part, in the Northern District of California.

COUNT NINE IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

### COUNT TEN: 15 U.S.C. § 1 (Bid Rigging)

### AUGUST 2006 HP PROCUREMENT EVENT

40.     Paragraphs 1 through 3, 8 through 11, 35, and 39 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

41.     From approximately August 2006 to approximately December 2006, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for an August 2006 ODD procurement event held by HP for the purchase of half-height PATA and SATA DVD-ROM drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

42.     The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on HP's August 2006 ODD procurement event for half-height PATA and SATA DVD-ROM drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide HP with ODDs and receive payment from HP as a result of the collusive bidding.

COUNT TEN IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

### COUNT ELEVEN: 15 U.S.C. § 1 (Bid Rigging)

### AUGUST 2007 HP PROCUREMENT EVENT

43.     Paragraphs 1 through 3, 8 through 11, 35, and 39 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

44.     From approximately August 2007 to approximately December 2007, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for an August 2007 ODD procurement event held by HP for

INFORMATION
U.S. v. HLDS

the purchase of Lightscribe DVD-RW drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

45.     The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on HP's August 2007 ODD procurement event for Lightscribe DVD-RW drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide HP with ODDs and receive payment from HP as a result of the collusive bidding.

COUNT ELEVEN IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

COUNT TWELVE: 15 U.S.C. § 1 (Bid Rigging)

MAY, AUGUST, AND NOVEMBER 2008 AND

FEBRUARY 2009 HP PROCUREMENT EVENTS

46.     Paragraphs 1 through 3, 8 through 11, 35, and 39 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

47.     From approximately May 2008 to approximately June 2009, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for ODD procurement events held by HP for the purchase of half-height SATA DVD-RW drives in May 2008, August 2008, November 2008, and February 2009, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

48.     The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on HP's May 2008, August 2008, November 2008, and February 2009 ODD procurement events for half-height SATA DVD-RW drives; to submit collusive, noncompetitive, and rigged bids for the procurement events; and to provide HP with ODDs and receive payment from HP as a result of the collusive bidding.

COUNT TWELVE IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

INFORMATION
U.S. v. HLDS

COUNT THIRTEEN: 15 U.S.C. § 1 (Bid Rigging)

JULY AND OCTOBER 2008 HP PROCUREMENT EVENTS

49.     Paragraphs 1 through 3, 8 through 11, 35, and 39 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

50.     From approximately July 2008 to approximately March 2009, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for ODD procurement events held by HP for the purchase of 12.7mm SATA DVD-RW drives in July and October 2008, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

51.     The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on HP's July and October 2008 ODD procurement events for 12.7mm SATA DVD-RW drives; to submit collusive, noncompetitive, and rigged bids for the procurement events; and to provide HP with ODDs and receive payment from HP as a result of the collusive bidding.

COUNT THIRTEEN IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

COUNT FOURTEEN: 15 U.S.C. § 1 (Bid Rigging)

OCTOBER 2008 SUPPLEMENTAL HP PROCUREMENT EVENT

52.     Paragraphs 1 through 3, 8 through 11, 35, and 39 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

53.     From approximately October 2008 to approximately March 2009, the defendant and co-conspirators entered into and engaged in a combination and conspiracy to suppress and restrain competition for a supplemental October 2008 ODD procurement event held by HP for the purchase of 12.7mm SATA DVD-RW drives, in unreasonable restraint of interstate trade and commerce, in violation of the Sherman Act, Title 15, United States Code, Section 1.

54.     The charged combination and conspiracy consisted of an agreement, understanding, and concert of action among the defendant and co-conspirators, the substantial terms of which were: to predetermine the rank order in which the bidders would finish on HP's

INFORMATION
U.S. v. HLDS

October 2008 ODD procurement event for 12.7mm SATA DVD-RW drives; to submit collusive, noncompetitive, and rigged bids for the procurement event; and to provide HP with ODDs and receive payment from HP as a result of the collusive bidding.

COUNT FOURTEEN IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

COUNT FIFTEEN: 18 U.S.C. § 1343 (Wire Fraud)

APRIL 2009 HP PROCUREMENT EVENT

55.     Paragraphs 1 through 3 of this Information are repeated, realleged, and incorporated into this Count as if fully set forth herein.

56.     During the time period relevant to Count Fifteen:

(a)     HP hosted ODD procurement events in which the defendant and co-conspirators participated. HP was a major manufacturer of computer hardware, software, and services marketed and sold to business enterprises and individual consumers. HP purchased ODDs that were incorporated into products manufactured by HP and sold to businesses and individuals.

(b)     HP's ODD procurement events were competitive bidding events in which participants would be awarded varying amounts of ODD supply depending on where participants' pricing ranked in any particular event. HP expected participants in those events would bid competitively and, on that basis, HP purchased ODDs from the defendant and co-conspirators.

DESCRIPTION OF THE SCHEME

57.     In or about April 2009, the defendant did knowingly and intentionally devise and intend to devise a scheme and artifice to defraud HP as to a material matter and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, related to HP's procurement of half-height SATA DVD-ROM drives in April 2009.

58.     It was part of the scheme and artifice to defraud that the defendant and others would, without HP's knowledge, predetermine the rank order in which the bidders would finish in HP's April 2009 ODD procurement event for half-height SATA DVD-ROM drives and submit collusive, noncompetitive, and rigged bids for the procurement event. It was also part of

INFORMATION
U.S. v. HLDS

- 13 -

the scheme and artifice to defraud that the defendant and others would provide HP with ODDs
and receive payment from HP as a result of the collusive bidding.

### USE OF INTERSTATE WIRE FACILITIES

59.     On or about April 22, 2009, the defendant, for the purpose of executing the
scheme and artifice to defraud HP, knowingly transmitted and caused to be transmitted by means
of wire communication in interstate and foreign commerce writings, signs, signals, pictures, and
sounds including, among others, the following: an e-mail communication from an employee of
the defendant located in Houston, Texas to other participants in the scheme located in San Jose,
California, in the Northern District of California, and the Republic of Korea, sent in preparation
for HLDS's second round bid, reporting on first round bidding results of HP's April 2009
procurement event for half-height SATA DVD-ROM drives and conveying non-public,
competitively sensitive information provided by competitors that participated in the HP
procurement event.

COUNT FIFTEEN IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1343.


SHARIS A. POZEN
Acting Assistant Attorney General


SCOTT D. HAMMOND
Deputy Assistant Attorney General


JOHN TERZAKEN
Director of Criminal Enforcement


U.S. Department of Justice
Antitrust Division


MELINDA L. HAAG  For Hay
United States Attorney
Northern District of California


PHILLIP H. WARREN
Chief, San Francisco Office


PETER K. HUSTON
Assistant Chief, San Francisco Office


SIDNEY A. MAJALYA
JACKLIN CHOU LEM
MANISH KUMAR
Trial Attorneys, San Francisco Office


INFORMATION
U.S. v. HLDS

- 14 -