SIDNEY A. MAJALYA (CA Bar No. 205047)
JACKLIN CHOU LEM (CA Bar No. 255293)
MANISH KUMAR (CA Bar No. 269493)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660
Fax: (415) 436-6687
sidney.majalya@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HITACHI-LG DATA STORAGE, INC.,<br><br>Defendant. | No. CR 11-00724-RS<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF SIDNEY A. MAJALYA IN SUPPORT OF UNITED STATES' AND DEFENDANT HLDS'S JOINT SENTENCING MEMORANDUM AND UNITED STATES' MOTION FOR DEPARTURE**<br><br>DATE:     November 8, 2011<br>TIME:      2:30 p.m.<br>COURT:   Hon. Richard Seeborg |

1

1   The United States moves under Criminal Local Rule 55-1(b) and Fed. R. Crim. P. 6(e)
2 for leave to file under seal the Declaration of Sidney A. Majalya in Support of United States'
3 and Defendant HLDS's Joint Sentencing Memorandum and United States' Motion for
4 Departure ("Majalya Declaration").  The accompanying Declaration of Manish Kumar
5 establishes why the entire Majalya Declaration is sealable.

8 DATED: October 27, 2011                    Respectfully submitted,

                                             _____/s_____
                                             Sidney A. Majalya
                                             Jacklin Chou Lem
                                             Manish Kumar
                                             Trial Attorneys
                                             U.S. Department of Justice
                                             Antitrust Division

ADMINISTRATIVE MOTION TO SEAL
CR 11-00724-RS