1  SIDNEY A. MAJALYA (CA Bar No. 205047)
   JACKLIN CHOU LEM (CA Bar No. 255293)
2  MANISH KUMAR (CA Bar No. 269493)
   Antitrust Division
3  U.S. Department of Justice
   450 Golden Gate Avenue
4  Box 36046, Room 10-0101
   San Francisco, CA  94102
5  Telephone:  (415) 436-6660
   Fax: (415) 436-6687
6  sidney.majalya@usdoj.gov

7  Attorneys for the United States

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12

13  UNITED STATES OF AMERICA          )   No. CR 11-00724-RS
                                      )
14                                    )   **DECLARATION OF MANISH**
              v.                      )   **KUMAR IN SUPPORT OF**
15                                    )   **ADMINISTRATIVE MOTION TO**
                                      )   **SEAL**
16  HITACHI-LG DATA STORAGE, INC.,    )
                                      )
17            Defendant.              )   DATE:   November 8, 2011
                                      )   TIME:   2:30 p.m.
18                                    )   COURT:  Hon. Richard Seeborg
                                      )
19                                    )

20

21

22

23

24

25

26

27

28

                                      1

KUMAR DECLARATION IN SUPPORT
OF MOTION TO SEAL
CR 11-00724-RS

1       I, Manish Kumar, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

2.   1.   I am a Trial Attorney for the United States Department of Justice, Antitrust Division ("Division"). I am one of the attorneys assigned to the Division's investigation into federal criminal antitrust violations in the optical disk drive industry (the "ODD investigation").

2.   I make this declaration pursuant to Criminal Local Rule 55-1(b) and Fed. R. Crim. P. 6(e) in support of the United States' Administrative Motion to file under seal the Declaration of Sidney A. Majalya ("Majalya Declaration"). The Majalya Declaration is filed in support of the Joint Sentencing Memorandum and Motion for Departure submitted by the United States' and Defendant Hitachi-LG Data Storage, Inc. ("HLDS").

3.   The Majalya Declaration contains information provided to the Court for the purpose of sentencing HLDS. The information is provided in advance of the change of plea scheduled to occur before this Court on November 8, 2011 at 2:30 p.m. The parties have not requested expedited sentencing of HLDS pursuant to Criminal Local Rule 32-1(b) but have informed the Court that the parties are prepared to move forward with expedited sentencing on the date of the change of plea should the Court elect to do so. Should the Court elect to move forward with expedited sentencing, the parties have furnished information relevant to sentencing so that the Court may meaningfully exercise its sentencing authority without a presentence report. Just as a presentence report, which contains information relevant for sentencing, is a "confidential record[] of the Court" under Criminal Local Rule 32-7(a), the Majalya Declaration contains sentencing information that should also be afforded confidential treatment. Accordingly, the United States requests leave to file the Majalya Declaration under seal.

4.   Moreover, the Majalya Declaration contains sensitive and confidential information regarding the course and scope of an ongoing grand jury investigation into the ODD industry and discusses subjects and possible targets of the investigation that have not yet been charged. In particular, the Majalya Declaration will set forth information from

2

KUMAR DECLARATION IN SUPPORT
OF MOTION TO SEAL
CR 11-00724-RS

cooperating witnesses, which among other things, refers to other entities and individuals allegedly involved in criminal violations and reveals the course and scope of the grand jury's investigation, information that is at the core of Fed. R. Crim. P. 6(e) protection. *See, e.g., United States v. Dynavac, Inc.*, 6 F.3d 1407, 1413 (9th Cir. 1993) (quoting *In re Doe*, 537 F. Supp. 1038, 1044 (D.R.I. 1982) ("[I]t is clear that such things as scope and direction of the grand jury investigation constitute 'matters occurring before the grand jury' and are therefore protected from disclosure by the provisions of Rule 6(e).")).

5. To protect the integrity of the ongoing investigation, the United States requests leave to file the Majalya Declaration under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed on October 26, 2011 in San Francisco, CA.

Manish Kumar
Trial Attorney
U.S. Department of Justice
Antitrust Division