SIDNEY A. MAJALYA (CA Bar No. 205047)
JACKLIN CHOU LEM (CA Bar No. 255293)
MANISH KUMAR (CA Bar No. 269493)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660
Fax: (415) 436-6687
sidney.majalya@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 11-00724-RS |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR EXPEDITED SENTENCING UNDER L.R. 32-1(b)** |
| HITACHI-LG DATA STORAGE, INC., | |
| Defendant. | DATE:   November 8, 2011<br>TIME:    2:30 p.m.<br>COURT:  Hon. Richard Seeborg |

On September 30, 2011, the United States filed a fifteen-count Information charging

Hitachi-LG Data Storage, Inc. ("HLDS") with fourteen counts of violating the Sherman Antitrust

Act, 15 U.S.C. § 1, and one count of wire fraud, 18 U.S.C. § 1343.  HLDS is scheduled for a

change of plea and possible sentencing on November 8, 2011.  HLDS will waive Indictment and

plead guilty under Fed. R. Crim. P. 11(c)(1)(C).  The United States and HLDS have filed a Joint

Sentencing Memorandum describing the material terms of the plea agreement and the agreed-

upon recommended sentence (Dkt. No. 5).  The Plea Agreement has been attached as Exhibit A

to the Joint Sentencing Memorandum.  The United States has also filed under seal the

Declaration of Sidney A. Majalya in Support of United States' and Defendant HLDS's Joint

//

STIPULATION AND [PROPOSED] ORDER
CR 11-00724-RS

Sentencing Memorandum and the United States' Motion for Departure ("Majalya Declaration") (Dkt. No. 9).

IT IS HEREBY STIPULATED AND AGREED as follows:

The United States and HLDS request that the Court sentence HLDS on an expedited basis pursuant to Crim. L.R. 32-1(b) on November 8, 2011, the same date as the scheduled change of plea hearing.  The United States and HLDS respectfully submit that the Joint Sentencing Memorandum, the Majalya Declaration, and the Plea Agreement provide sufficient information for the Court to meaningfully exercise its sentencing authority without a presentence report.

Dated: November 3, 2011

Respectfully submitted,

BY: _____/s_____          BY: _____/s_____
        Cristina C. Arguedas                      Sidney A. Majalya
        Laurel Headley                            Jacklin Chou Lem
        Counsel for Hitachi-LG Data Storage, Inc.   Manish Kumar
        Arguedas, Cassman & Headley LLP           Trial Attorneys
        803 Hearst Avenue                         U.S. Department of Justice
        Berkeley, CA 94710                        Antitrust Division
        Telephone: (510) 845-3000
        Fax: (510) 845-3003
        admin@achlaw.com

Dated: November 3, 2011                   Dated: November 3, 2011

Based on the stipulation of the parties, and for good cause shown,

**IT IS SO ORDERED.**

Dated: November_7_____, 2011

_____
Honorable Richard Seeborg
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CR 11-00724-RS